ORIGINAL

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
NORTHERN District of CALIFORNIA
(State)

Case number (If known): _____ Chapter 11



FILED
JUL 2 1 2017 KK
United States Bankruptcy Court
San Jose, California

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | ALL PHASE CARE, INC. | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | HOME MAKER SERVICES, INC. | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 20 – 2 8 8 2 8 8 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 871 Lakehaven Dr. <br> Number   Street | <br> Number   Street |
| | P.O. Box |
| Sunnyvale    CA    94089 <br> City          State    ZIP Code | <br> City          State    ZIP Code |
| Santa Clara <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number   Street <br> <br> City          State    ZIP Code |

5. **Debtor's website (URL)**   none

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    ALL PHASE CARE, INC.
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name                                              Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☐ No
   ☒ Yes. District __NORTHERN__ When 06/22/2017 Case number 17-51508
                                       MM / DD / YYYY
              District _____ When _____ Case number _____
                                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                                        MM / DD / YYYY
           Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor ALL PHASE ARE, INC.
_____Name_____

Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                                      State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | ALL PHASE CARE, INC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/18/2017
MM / DD / YYYY

X _/s/ Edith Calanno_
Signature of authorized representative of debtor

Edith Calanno
Printed name

Title President

**18. Signature of attorney**

X _/s/ Frank E. Mayo_         Date 07/18/2017
Signature of attorney for debtor                     MM / DD / YYYY

Frank E. Mayo
Printed name

Law Office of Frank Mayo
Firm name

4962 El Camino Real, Ste. 104
Number   Street

Los Altos,                    CA    94022
City                          State  ZIP Code

650/964-8901                  fmayolaw@aol.com
Contact phone                 Email address

42972                         CA
Bar number                    State



**U.S. Department of Justice**

*United States Trustee, Region 17*
*N.D. Cal., E.D. Cal., D. Nev.*

San Jose Field Office     408-535-5525
280 South. First St., Suite 268     FAX 408-535-5532
San Jose, California 95113
Website address: www.usdoj.gov/ust/r17

# AUTHORIZATION FOR DIRECT COMMUNICATION WITH CLIENT

Re:    ALL PHASE CARE, INC. dba HOME MAKER SERVICES, INC.
      Case No.

Debtor's undersigned counsel authorizes the staff of the Office of the United States Trustee ("OUST") to have direct contact with the person(s) identified below, by telephone or in writing, to discuss matters raised in the Initial Debtor Interview, including but not limited to, monthly operating reports, calculation and payment of quarterly fees, and proof of insurance, or to answer any questions which may arise regarding such matters. This authorization also extends to other persons who contact the staff of the OUST at the direction of the person(s) identified below:

| Jocelyn Dinglas | Patrick Quyo |
|---|---|
| Name | Name |
| 871 Lakeheaven Dr. | 871 Lakeheaven Dr. |
| Street Address | Street Address |
| Sunnyvale, CA 94089 | Sunnyvale, CA 94089 |
| City, State & Zip Code | City, State & Zip Code |
| 408/735-8665   04 650/224-3318 | 650/996-8966 |
| Telephone | Telephone |
| E-mail Address | E-mail Address |

Date: 7/21/2017

Signature of Attorney for Debtor in Possession

Telephone: 650/964-8901
fmayolaw@aol.com

Frank E. Mayo
Printed Name of Attorney for Debtor in Possession

# RESOLUTION OF BOARD OF DIRECTORS

WHEREAS, All Phase Care Inc. conducted an emergency meeting on June 15, 2017 for the purpose of considering its financial position in view of outstanding claims of Trinidad Amparo and Nelia Grayblas and the unwillingness of Trinidad Amparo to accept an installment payment plan to satisfy her claim; and after due discussion,

RESOLVES to authorize the filing of a Chapter 11 Bankruptcy proceeding as the most viable method of proceeding.

Dated: June 15, 2017          _____
                              Patrick Quyo, Secretary/Director

## STATEMENT UNDER RULE

## Fed. R. Bankruptcy P. 1007(a)(3)

The equity security holders consist of the following:

Edith Calanno – 100% of the issued and outstanding shares.

There are no other securities authorized or issued by debtor.

Dated: July 18, 2017

*Patrick Quyo*
Patrick Quyo, Secretary/Director

## STATEMENT OF CORPORATE OWNERSHIP

### Fed. R. Bankruptcy P. 1007(a) (1)

Debtor, All Phase Care Inc., provides the following statement of Corporate Ownership. There is no Corporate Shareholder that directly or indirectly own 10% or more of any class of the Corporations equity interest and there are no entities to report in this statement

Dated: July 18, 2017         _Patrick Quyo_
                             Patrick Quyo, Secretary/Director

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:   ALL PHASE CARE, INC.                                    Case No.:


_____Debtor(s)_____/


## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _1_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 7/21/2017

_____
Signature of Debtor's Attorney or Pro Per Debtor

Trinidad Amparo
c/o Fred Schwinn, Esq.
12 South First St., #1014
San Jose, CA 95113


Nelia Grayblas
c/o Nina Shah, Esq.
Golden Gate University School of Law
536 Mission Street
San Francisco, CA 94105