| | |
|---|---|
| 1 | FRANK E. MAYO/State Bar #42972 |
| 2 | Law Office of Frank E. Mayo |
|   | 4962 El Camino Real, Ste. 104 |
| 3 | Los Altos, CA 94022 |
| 4 | (650) 964-8901 |
|   | Email: fmayolaw@aol.com |

**FILED**

JUL 2 1 2017

United States Bankruptcy Court
San Jose, California

**17-51734**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT,
NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

Case No.                               Chapter 11

| | |
|---|---|
| IN RE: ALL PHASE CARE, INC. | NOTICE OF CHANGE OF |
| dba HOME MAKER SERVICES, INC. | ADDRESS FOR ATTORNEY |
| Debtor, | OF DEBTOR |
| _____/ | |

NOTICE IS HEREBY GIVEN:

Attorney Frank E. Mayo, State Bar Number 42972 informs this court that his former registered mailing address of 480 San Antonio Road, Suite 230, Mountain View, CA 94040 has changed and the new mailing address and location of the Law Office of Frank E. Mayo is:

4962 El Camino Real, Suite 104

Los Altos, CA 94022

The phone number remains the same 650/964-8901/fax 650-964-7293

Email: fmayolaw@aol.com

Matters regarding All Phase Care, Inc., dba Home Maker Services, Inc. Case No. 17-51508 was dismissed June 23, 2017 and is to be refiled. At this time there are no pending cases.

1

NOTICE OF COUNSEL'S ADDRESS CHANGE

DATE: July 18, 2017

_____
Frank E. Mayo, Esq.

NOTICE OF COUNSEL'S ADDRESS CHANGE