FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
4962 El Camino Real, Ste. 104
Los Altos, CA 94022

(650) 964-8901
Email: fmayolaw@aol.com

**FILED**
JUL 2 1 2017
United States Bankruptcy Court
San Jose, California

**17-51734**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT,
NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

Case No.  Chapter 11

IN RE: ALL PHASE CARE, INC.

dba HOME MAKER SERVICES, INC.

Debtor,

_____/

NOTICE OF CHANGE OF

ADDRESS FOR DEBTOR

NOTICE IS HEREBY GIVEN:

Attorney Frank E. Mayo, State Bar Number 42972 informs this court that the former registered mailing address for Debtor 505 W. Olive Ave., #420, Sunnyvale, CA has changed and the new mailing address and location of All Phase Care Inc. is:

871 Lakehaven Dr., Sunnyvale, CA 94087

The phone number remains the same 408/735-0450

Matters regarding All Phase Care, Inc., dba Home Maker Services, Inc. Case No. 17-51508 was dismissed June 23, 2017 and is to be refiled. At this time there are no pending cases.

DATE: July 18, 2017

_____
Frank E. Mayo, Esq.

1

NOTICE OF DEBTOR'S ADDRESS CHANGE