TIMOTHY S. LAFFREDI (SBN WI 1055133)
Assistant United States Trustee
BARBARA A. MATTHEWS (SBN 195084)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: barbara.a.matthews@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 17-51734 SLJ |
| | ) | |
| ALL PHASE CARE, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Barbara A. Matthews
> 450 Golden Gate Ave., Rm 05-0153
> San Francisco, CA 94102
> Email: Barbara.a.matthews@usdoj.gov

Dated: July 24, 2017        TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE

                                    /s/ Barbara A. Matthews
                                    Trial Attorney
                                    Office of the United States Trustee
                                    450 Golden Gate Ave., Rm 05-0153
                                    San Francisco, CA 94102
                                    Telephone: (415) 705-3333
                                    Facsimile: (415) 705-3379

Notice of Appearance